ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED
OCT - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
JEREMY M STRUTHERS ) Case No. 08-55587 SLJ
)
SHERI M STRUTHERS ) **NOTICE OF UNCLAIMED DIVIDEND**
)
          Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499178 for an unclaimed dividend in the amount of $7.60. The name and address of the claimant entitled to the unclaimed dividend is as follows;

        JEREMY M STRUTHERS
        SHERI M STRUTHERS
        2221 BREGA CT
        MORGAN HILL, CA 95037

Dated: October 04, 2011

                                              DEVIN DERHAM-BURK, TRUSTEE